IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BLUESKYE INDUSTRIES, LLC<br>Plaintiff<br><br>VS.<br><br>LIBERTY MUTUAL GROUP<br>Defendant. | § § § § § § § § | CIVIL NO. 5:17-CV-1000-FB-HJB |

## AGREED STIPULATION OF DISMISSAL WITHPREJUDICE

Plaintiff BLUESKYE INDUSTRIES, LLC ("Blueskye") and Defendant Ohio Security Insurance Company, incorrectly sued as Liberty Mutual Group, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims and causes of action, as to <u>Defendant Ohio Security Insurance Company</u> with each party bearing that party's own attorney's fees and costs.

Respectfully Submitted,

_____
Jeremy R. Sloan
State Bar No. 24054995
Email: jsloan@cphattorneys.com
CHUNN PRICE HARRIS & SLOAN PLLC
1000 Central Parkway, N., Suite 100
San Antonio, TX 78232
(210) 343-5000 – Telephone
(210) 525-0960 – Facsimile

**Attorneys for Plaintiff Blueskye Industries, LLC**

_____
Margaret Brown     w/p
State Bar No. 24092181
Email: mbrown@lstlaw.com
Lindow Stephens, Treat
One Riverwalk Place
700 N. St. Mary's St., Suite 1700
San Antonio, TX 78205
Telephone (210) 227-2200
Fascimile (210) 227-4602

**Attorneys for Defendant**
**Ohio Security Insurance Company**