# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| BLUESKYE INDUSTRIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. SA-17-CA-1000-FB |
| ) | |
| LIBERTY MUTUAL GROUP, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT

Before the Court is the status of the above styled and numbered cause.  Pursuant to the parties' Agreed Stipulation of Dismissal With Prejudice (docket #12 & #12-1):

IT IS ORDERED, ADJUDGED and DECREED that this case is DISMISSED WITH PREJUDICE as to defendant Ohio Security Insurance Company, incorrectly sued as Liberty Mutual Group, with each party bearing that party's own attorney's fees and costs.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 4th day of April, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE